UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MAREY ABOU-RAHMA           ]
    Petitioner,          ]
                           ]
v.                         ]     No. 3:11-1036
                           ]     Judge Sharp
HENRY STEWART, WARDEN      ]
    Respondent.          ]

**O R D E R**

In accordance with the Memorandum contemporaneously entered, the instant § 2254 petition (Docket Entry No.1) lacks merit. Therefore, the petition is DENIED and this action is hereby DISMISSED. Rule 8(a), Rules --- § 2254 Cases.

Should the petitioner file a timely Notice of Appeal from this order, such Notice shall be accompanied by a Memorandum identifying specific issues for appellate review and addressing the question of why a certificate of appealability should issue. Slack v. McDaniel, 529 U.S. 473 (2000).

It is so ORDERED.

_____
Kevin H. Sharp
United States District Judge